## RECONSIDERATION DOCKET

**93–2582.** Connors v. Sterling Milk Co. *Henry County*, No. 7–93–12. Reported at 72 Ohio St.3d 1208, 647 N.E.2d 1384. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**94–55.** Am. States Ins. Co. v. Rubin. *Hamilton County*, Nos. C–920511, C–920512, C–920513 and C–920521. Reported at 72 Ohio St.3d 1207, 647 N.E.2d 1384. On motion for reconsideration. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**94–363.** Logsdon v. Nichols. *Franklin County*, No. 93AP–1025. Reported at 72 Ohio St.3d 124, 647 N.E.2d 1361. On motion for reconsideration and on motion for clarification and/or correction of record concerning Robert C. Paxton II, Esq. Motions denied.

DOUGLAS, J., dissents and would grant both motions.

**94–1997.** State ex rel. Market/Media Research, Inc. v. Cuyahoga Cty. Court of Appeals. In Mandamus. Reported at 72 Ohio St.3d 1209, 647 N.E.2d 1385. On motion for reconsideration. Motion denied.

**94–2702.** Andolsek v. Kirtland. *Lake County*, No. 94–L–038. Reported at 72 Ohio St.3d 1420, 648 N.E.2d 513. On motion for reconsideration. Motion denied.

**95–122.** Visyak v. Wintersville. *Jefferson County*, No. 94–J–1. Reported at 72 Ohio St.3d 1413, 647 N.E.2d 1388. On motion for reconsideration. Motion denied.

**95–299.** Crawford v. LTV Steel Co. *Cuyahoga County*, No. 67461. Reported at 72 Ohio St.3d 1416, 647 N.E.2d 1390. On motion for reconsideration. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

## DISCIPLINARY DOCKET

**95–837.** Disciplinary Counsel v. Greene. *Sua sponte*, cause set for oral argument.

DOUGLAS and RESNICK, JJ., dissent.